# UNITED STATES NAVY–MARINE CORPS COURT OF CRIMINAL APPEALS

———————————

## No. 201700115

———————————

## UNITED STATES OF AMERICA
Appellee

v.

## ALEXANDRO CHAVEZ
Fire Controlman Third Class (E-4), U.S. Navy
Appellant

———————————

Appeal from the United States Navy-Marine Corps Trial Judiciary

Military Judge: Captain Heather Partridge, JAGC, USN.
Convening Authority: Commanding Officer, USS VELLA GULF (CG 72).
Staff Judge Advocate's Recommendation: Lieutenant Commander Luke A. Whittemore, JAGC, USN.
For Appellant: Lieutenant Commander Paul D. Jenkins, JAGC, USN.
For Appellee: Brian K. Keller, Esq.

———————————

Decided 20 July 2017

———————————

Before MARKS, RUGH, and ELLINGTON, *Appellate Military Judges*

———————————

After careful consideration of the record, submitted without assignment of error, we affirm the findings and sentence as approved by the convening authority. Art. 66(c), Uniform Code of Military Justice, 10 U.S.C. § 866(c).

For the Court



R.H. TROIDL
Clerk of Court